**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**AT MARTINSBURG**

**DONALD LEE TAYLOR,**

       **Petitioner,**

**v.**                           **CIVIL ACTION NO. 1:04CV46**
                                    **(BROADWATER)**

**THOMAS McBRIDE, Warden,**

       **Respondent.**

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PETITION**

On this day the above styled case came before the Court for consideration of the Report and Recommendation of Magistrate Judge John S. Kaull, dated July 11, 2005, and Petitioner's objections thereto filed on August 1, 2005. After conducting a *de novo* review in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be and is hereby **ORDERED** adopted.

Petitioner's objections did not raise issues that were not addressed by and disposed of by the Report and Recommendation. The Court therefore **ORDERS** that the petition be **DENIED** and **DISMISSED WITH PREJUDICE** based on the reasons set forth in the Magistrate Judge's Report and Recommendation. It is further **ORDERED** that this action be and is hereby **STRICKEN** from the active docket of this Court and Respondent's motions to dismiss (**Docket number 11 and 19**) are hereby **DISMISSED**.

The Clerk is directed to transmit true copies of this Order to the petitioner and all counsel of record herein.

**DATED** this **25th** day of August 2005.

W. Craig Broadwater

W. CRAIG BROADWATER
UNITED STATES DISTRICT JUDGE